IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

M.L.G.G.; R.G.S.,                          Civ. No. 6:25-cv-02012-AA

           Petitioners,                    **ORDER**

      v.

CAMMILLA WAMSLEY, Seattle Field Office
Director, Immigration and Customs
Enforcement and Removal Operations
("ICE/ERO"); TODD LYONS, Acting
Director of Immigration and Customs
Enforcement ("ICE"); U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT;
KRISTI NOEM, Secretary of the
Department of Homeland Security ("DHS");
U.S. DEPARTMENT OF HOMELAND
SECURITY; PAMELA BONDI, Attorney
General of the United States,

           Respondents.

_____

AIKEN, District Judge.

       This habeas case comes before the Court on Petitioners' Emergency Motion to Restrain Transfer. ECF No. 20. Petitioner initially moved to restrain Defendants from transferring Petitioners from the Tacoma detention center on November 4, 2025. ECF No. 16. The motion indicated that Respondents opposed the motion and so the Court set an accelerated briefing schedule, ordering Respondents to file their brief in opposition to the motion on November 6, 2025. ECF No. 19. Late in the afternoon on November 5, 2025, Petitioners filed their renewed motion to alert the Court that

Petitioner M.L.G.G. had been transferred from the Tacoma detention center to a detention center in Louisiana. As of the time of the motion, Petitioner R.G.S. remained in custody at the Tacoma detention center.

A hearing was held on the motion on November 6, 2025. This Order serves to memorialize the Court's oral ruling. As stated on the record at the hearing, the Court ordered that Petitioner M.L.G.G. is not to be transferred from the detention center in Louisiana where she is currently being held until further order of the Court. The Court also ordered that Petitioner R.G.S. is not to be transferred from the Tacoma detention center where she is presently being held until further order of the Court. Counsel for Respondents was ordered to facilitate a confidential telephone call between counsel for Petitioners and Petitioner M.L.G.G. and that call is to take place no later than 5:00 p.m. Pacific time on November 7, 2025.

Counsel for Petitioners were directed to submit briefing in support of a more durable order enjoining Petitioners' transfer. That briefing is to be submitted no later than November 13, 2025. Respondents shall have seven days from the filing of Petitioner's brief in which to submit a response brief.

Counsel for Respondents is directed to promptly notify the facilities where Petitioners are currently being held that Petitioners are not to be transferred pending further order of this Court.

It is so ORDERED and DATED this ___6th___ day of November 2025.

                                       /s/Ann Aiken
                                       ANN AIKEN
                                       United States District Judge