IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

M.L.G.G.; R.G.S.,

          Petitioners,

    v.

CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director of Immigration and Customs Enforcement ("ICE"); U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, Attorney General of the United States,

          Respondents.

Civ. No. 6:25-cv-02012-AA

**ORDER**

AIKEN, District Judge.

On December 5, 2025, the Court granted the habeas petition for Petitioner R.G.S. ECF No. 37. On December 10, 2025, the Court granted the habeas petition for Petitioner M.L.G.G. ECF No. 41. Respondents have filed an Unopposed Motion for Entry of Judgment, ECF No. 46, and the Motion is GRANTED.

It is so ORDERED and DATED this ___27th___ day of January 2026.

                                    /s/Ann Aiken
                                    ANN AIKEN
                                    United States District Judge